PEOPLE v. BOSCHE. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Proceedings by the people of the state of New York against Harry Bosche. No opinion. Motion granted.

PEOPLE, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Proceedings by the people of the state of New York against Simon Goldberg. No opinion. Judgment unanimously affirmed.

PEOPLE v. JOHNSON. SAME v. STEIGER. SAME v. BASS. SAME v. ABRAMS. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Proceedings by the people of the state of New York against Mary Johnson, Charles Steiger, Ross Bass, and Julius Abrams. No opinion. Motions to dismiss appeals granted.

PEOPLE v. KELLER. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Proceedings by the people of the state of New York against Charles S. Keller. No opinion. Motion granted.

